United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDA VERSALES,<br><br>        Plaintiff,<br><br>    v.<br><br>AI COIN, INC.,<br><br>        Defendant. | Case No. 24-cv-04044-JSC<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**<br><br>Re: Dkt. No. 40 |

For good cause shown, and there being no opposition, the motion of the Estate of Gilda R. Versales (Estate) to be substituted for Plaintiff in this action is GRANTED. Counsel for the Estate shall appear at the September 3, 2025 status conference.

This Order disposes of Docket No. 40.

**IT IS SO ORDERED.**

Dated: August 29, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge